1  Amy E. Martinez, Esq. (SBN 245871)
   Alexa P. Stephenson, Esq. (SBN 312437)
2  **GERACI LAW FIRM**
   90 Discovery
3  Irvine, CA 92618
   Tele.: (949) 379-2600
4  Fax:  (949) 379-2610
   E-mail: a.martinez@geracillp.com
5
   Attorneys for Secured Creditor, Center Street Lending Fund IV SPE, LLC, a Delaware limited
6  liability company

FILED & ENTERED

NOV 14 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones    DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>LG BOLLINGER, LLC,<br><br>　　　　　　　Debtor. | Case No. 2:17-bk-21049-WB<br><br>Chapter 11<br><br>**SCHEDULING ORDER RE: CENTER STREET LENDING FUND IV SPE, LLC'S MOTION FOR RELIEF FROM STAY**<br><br>Date:　　　November 7, 2017<br>Time:　　　10:00 a.m.<br>Location: Courtroom 1375<br>　　　　　　255 E. Temple Street,<br>　　　　　　Los Angeles, CA 90012 |

　　　　Secured creditor's, Center Street Lending Fund IV SPE, LLC ("Movant"), Motion for Relief from Stay (the "Motion") came on regularly for hearing on November 7, 2017 at 10:00 a.m. in Courtroom 1375 of the Edward R. Roybal Courthouse, located at 255 E. Temple Street, Los Angeles, California 90012, the Honorable Julia W. Brand presiding.

　　　　**IT IS HEREBY ORDERED:**

1. The hearing on the Motion is continued *to January 17, 2018 at 10:00 a.m.*;

2. The Debtor, LG BOLLINGER, LLC ("Debtor"), must file a supplemental declaration with the Court by December 4, 2017 detailing why the real property located at 16815 Bollinger Drive, Los Angeles, California 90272 (the "Property") is necessary to an effective reorganization;

3. Movant must file supplemental declarations (if any) regarding the Motion with the Court by December 4, 2017;

4. An evidentiary hearing will be held on January 17, 2018 at 10:00 a.m. in Courtroom 1375 of the Edward R. Roybal Courthouse, located at 255 E. Temple Street, Los Angeles, California 90012, regarding the Motion and specifically, the valuation of the Property.

5. Movant and Debtor are permitted to engage in discovery regarding the Motion before the evidentiary hearing.

**IT IS SO ORDERED.**

###

Date: November 14, 2017

Julia W. Brand
United States Bankruptcy Judge