Amy E. Martinez, Esq. (SBN 245871)
Alexa P. Stephenson, Esq. (SBN 312437)
**GERACI LAW FIRM**
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax: (949) 379-2610
E-mail: a.martinez@geracillp.com

Attorneys for Secured Creditor, Center Street Lending Fund IV SPE, LLC, a Delaware limited liability company

FILED & ENTERED

NOV 20 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>LG BOLLINGER, LLC,<br><br>　　　　　　Debtor. | Case No. 2:17-bk-21049-WB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RE: SCHEDULING ORDER RE: CENTER STREET LENDING FUND IV SPE, LLC'S MOTION FOR RELIEF FROM STAY**<br><br>Date: January 17, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 1375<br>　　　　　255 E. Temple Street,<br>　　　　　Los Angeles, CA 90012 |

　　　　The Court has read and considered the Stipulation Regarding Scheduling Order Regarding Center Street Lending Fund IV SPE, LLC's Motion for Relief from Stay filed on November 17, 2017 as Docket No. 52 (the "Stipulation") by Movant, Center Street Lending Fund IV SPE, LLC, a Delaware limited liability company, secured creditor herein ("Creditor"), and Debtor, LG Bollinger, LLC ("Debtor"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown, the Court hereby APPROVES the Stipulation.

///

///

1

ORDER APPROVING STIPULATION RE: SCHEDULING ORDER RE: CENTER STREET LENDING FUND IV SPE, LLC'S MOTION FOR RELIEF FROM STAY

**IT IS HEREBY ORDERED as follows:**

1. The deadline for the Parties to file a supplemental declaration regarding the Motion is December 11, 2017.

**IT IS SO ORDERED.**

\*\*\*

Date: November 20, 2017

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge