```
TODD B. BECKER, ESQ. SBN 127567
GARRETT M. BRIEF, ESQ. SBN 180907
LAW OFFICES OF TODD B. BECKER
3750 E. ANAHEIM ST., SUITE 100
LONG BEACH, CA 90804
TEL: (562) 495-1500
FAX: (562) 494-8904
```

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**NOV 27 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum   **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>LG BOLLINGER, LLC,<br><br>         Debtor and Debtor<br>         in Possession. | Case No. 2:17-bk-21049-WB<br><br>Chapter 11<br><br>**ORDER ON APPLICATION OF DEBTOR FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF TODD B. BECKER AS GENERAL BANKRUPTCY COUNSEL**<br><br>**[NO HEARING REQUIRED]** |

   This case was commenced on September 8, 2017 by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code by LG Bollinger, LLC ("Debtor"), the debtor and debtor-in-possession herein.

   On September 27, 2017, the Debtor filed an Application for An Order Authorizing the Employment of Todd B. Becker ("the Becker Law Group" or "Todd B. Becker") as his general bankruptcy counsel.  Service of the Application was made on all interested parties and no opposition has been filed to said Application.   The Declaration of Todd B Becker that No Party Interest Objected or requested a hearing was filed October 19, 2017 and attests that no opposition has

1  been received.

2      Good Cause Appearing Therefor, It Is Hereby Ordered that Todd B. Becker and the Becker Law Group are approved as Bankruptcy Counsel as of September 5, 2017, with compensation subject to the provisions of, *inter ~~p~~alia,* 11 USC Sections 330 and 331~~;~~.

##

Date: November 27, 2017

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

- 2 -