TODD B. BECKER, ESQ. SBN 127567
GARRETT M. BRIEF, ESQ., SBN 180907
THE BECKER LAW GROUP
3750 E. ANAHEIM ST., SUITE 100
LONG BEACH, CA 90804
TEL: (562) 495-1500
FAX: (562) 494-8904

Attorney for Debtor and Debtor in Possession

FILED & ENTERED

DEC 11 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LG BOLLINGER LLC,<br><br>Debtor and<br>Debtor in Possession, | Case No.: 2:17-bk-21049-WB<br><br>Chapter 11<br><br>**SCHEDULING ORDER:**<br><br>**(1) CLAIMS BAR DATE: JANUARY 9, 2018**<br><br>**(2) CONTINU*E*D STATUS CONFERENCE, DECEMBER 7, 2017**<br><br>**(3) CONTINUED HEARING ON UNITED STATES TRUSTEE'S MOTION TO DIMSISS** |

**TO THE HONORABLE JULA W BRAND, THE UNITED STATES TRUSTEE,**

**and all other Parties in Interest and their Attorneys of Record**:

The Court on November 9, 2017 ordered that the Status Conference be continued to December 7, 2017 at 10:00 am in the above captioned location. This Court further ordered that the United States Trustee's Motion to Dismiss be continued to December 7, 2017 at 10:00 am in the above captioned location. This Court further ordered that the deadline for filing Proofs of

Claim be set for January 9, 2018. Debtor is further ordered to Notice creditors of the Claims Bar date by November 16, 2017.

###

Date: December 11, 2017

Julia W. Brand
United States Bankruptcy Judge