1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  ALVIN MAR, State Bar No. 151482
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Blvd, Ste 1850
5  Los Angeles, California 90017-3560
   (213) 894-4219 telephone
6  (213) 894-2603 facsimile
   Email: alvin.mar@usdoj.gov

**FILED & ENTERED**

DEC 22 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bryant    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:                                ) Case No.: 2:17-bk-21049-WB
                                      )
**LG BOLLINGER, LLC,**                ) Chapter 11
                                      )
          Debtor,                     ) **ORDER DISMISSING CHAPTER 11**
                                      ) **CASE UNDER 11 U.S.C. §1112(b)(1)**
                                      ) **WITH JUDGMENT FOR UNPAID**
                                      ) **UNITED STATES TRUSTEE**
                                      ) **QUARTERLY FEES (doc. no. 16)**
                                      )
                                      ) DATE: DECEMBER 7, 2017
                                      ) TIME:  10:00 a.m.
                                      ) CTRM: 1375
                                      )    255 E. Temple Street
                                      )    Los Angeles, CA  90012

The continued hearing on the United States Trustee's "Notice of Motion and Motion Under 11 U.S.C. §1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon", ("Motion")(doc. no. 16), was heard on the above date and time with appearances as noted on the record.  The Court, having considered the Motion, the Debtor's Opposition thereon (doc. no. 23) and the United States Trustee's reply, supplemental and request for continuance (doc. no. 27) and the argument of the parties present, and finding good cause therein, the Court orders as follows:

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that –

1

1) Debtor's case be and hereby is DISMISSED under 11 U.S.C. §1112(b)(1) and

2) The United States Trustee is granted a judgment of $325.00 for accrued, unpaid United States Trustee quarterly fees for Fourth Quarter 2017.

IT IS SO ORDERED.

###

Date: December 22, 2017

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge